

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS | TEL: 309.671.7117<br>FAX: 309.671.7120 |

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

May 15, 2006

                           Re: Michael Cage N62625
                           Case No. 03-1234

Trust Fund Department
Stateville Correctional Center
PO Box 112
Joliet, IL 60434

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate. In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **1/2003 to 4/2003**, within fourteen days of the date of this letter. Please mail the trust fund ledgers to:

      United States District Court
      Central District Of Illinois
      309 Federal Building
      100 N.E. Monroe
      Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers. Thank you.

                           Sincerely,
                           /s/ John M. Waters
                           John M. Waters
                           Clerk, U.S. District Court

cc: Inmate