E-FILED
Wednesday, 12 July, 2006  12:59:08 PM
Clerk, U.S. District Court, ILCD

1:03-CV-01234-HAB-JAG

**FILED** 7/9/06

UNITED STATES District Court    JUL 1 2 2006

Central District of ILLinois    JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE FEDERAL COURT FOR THE CENTRAL JUDICIAL COURT

TOWN, PEORIA COUNTY, ILLinois

MICHAEL CAGE N62625

vs    Plaintiff    CASE NO. 03-1234

Pontiac Correctional Center

Defendants

## MOTION FOR EXTENSION OF TIME

Plaintiff MICHAEL CAGE Pro-se LAYMAN At LAW respectfully Moves the Court to ENTER an order Granting Him an Extension of time to paid Filing FEES. And in support states:

(1) I AM the Plaintiff in the Above captioned CASE.

(2). I AM not represented by an Attorney in this CASE.

(3). I AM A prisoner committed to the custody of the Illinois Department of Corrections at: Menard Correctional Center, Menard, Illinois.

(4) THE Plaintiff serve Prepayment Court order Granting Leave to proceed in Forma pauperis, which was Received by Plaintiff on July 7TH 2006.

(5). I have been unable to make the necessary investigation and research in order to prepare And Have Prepayment ordered processed on or before the Due Date herein, July 15, 2006. Because:

(a). Plaintiff was then since been transfered from pontiac Correchonal center, to Associate Facility Menard Correctional center.

(b). Plaintiff Had to recall to His Knowledge What CASE NO. 1:03-01234 were of Relations.

(c). Plaintiff is Requesting For Appointment of counsel For court to appoint such Assistance.

(D). Plaintiff Request Transfer From retaliation Treatments Here at Menard C.C. in relations to pontiac C.C.

(E). Plaintiff Also request to be closer to consult with Appointed counsel. Fear of imminent Danger of Physical Harm and injuries.

2

(F). Plaintiff will pay the Hundred And Fifthy Dollars Fee. And Ask Court to Grant time For TrustFund Account transfer of $150.00.

(G) It takes Three to Four Weeks For Funds to be Transfer From inmates Accounts.

(6). I need more time within which to Allow prepayment Order to be Filled. Money Fees Are being Forwarded To U.S CourtClerk's office central District of Illinois. To proceed Along with case proceeding.

Wherefore, I respectfully request an extension of August 15, 2006 30 Days. from this date, to Above New Dated. Time Frame to transfer Funds For prepayment Order.

Michael Cage N62625
Signature Pro-se Layman at Law
Name. Michael Cage
Number: N62625
Menard Correctional Center
PO. Box 711
Menard, Illinois 62259-0711
Plaintiff Pro-se Layman at Law

VERIFICATION OF CERTIFICATION

I, Plaintiff Michael Cage Pro-se Layman at Law, the undersigned, certify and state that:

(1). I am the Plaintiff in above captioned legal matter,

(2). I have read the foregoing order and have knowledge of its contents; and REQUEST for extension to pay order fee of $150.00 in full. to proceed with case 1:03-cv-01234.

(3) under penalties as provided by Law pursuant to sec. 1-109 of the code of civil Procedure, I certify that the statements set forth in the foregoing motions and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

Michael Cage N62625

Pro-se Layman at Law

4

Michael Cage # N62625                                          7/9/06

## Affidavit of service

I, Plaintiff Michael Cage N62625 Pro-se Layman at Law.
state that I served a copy of these documents to
which this affidavit is attached upon each party.
or, if represented by counsel, upon the court clerk
party by enclosing the same in a sealed envelope
plainly addressed as is disclosed by the pleadings of
Record herein and by depositing each of such envelopes
in the box designated for united states mail at:
Menard Correctional Center, Menard Illinois 62259-0711
thereon this 9 day of July 2006

                                              Michael Cage
                                              Pro-se
                                              Layman at Law

I, Plaintiff Michael Cage N62625 Pro-se, the
undersigned, certify and state that:

(1). I am the Plaintiff in the above captioned legal matter

(2). I have read the foregoing prepayment order and have
      Knowledge of its contents.

(3). under penalties as provided by law pursuant to sec. 1-109
of the code of civil Procedure, I certify that the
statements set forth in the foregoing motion and this
affidavit are true and Correct except as to matters therein.
stated to be on information and belief, and as to such
  matters I certify that I believe the same to be true.

                                      Michael Cage # N62625
                                      Signature Pro-se Layman at Law

1:03-CV-01234-HAB-JAG #16-1

SUNDAY 9 July 2006 10.00 AM
Menard Corr. Center. IL

UNITED STATES District CoureT
CenTral District of ILLinois

MicHael CAGE N62625
                    Plaintiff
        vs

PonTiac CorrectioNAl cEnter
            DefendANts

MoTion of TIME EXTension
FoR senDING FoR payment

THE Plaintiff MicHael CAGE, PRo-se An LAyMAN
At LAW. An inmate at the MENARD Correctional
centre. Has submitted A civil Rights complaint
under 42 U.S.C § 1983 And seek leave to proceed
without Prepayment of Cost And Fees pursuant
to 28 U.S.C § 1915.

(1). Plaintiff Ask CourT to GRant time, FoR process
      of TRansfer of $150.00 to be deducted FRom
      His Account to above clerk U.S. District court. ILcD.

(2). Plaintiff REQuest that this Honorable JwDGE
      JoHN A. GoRMAN AnD Courts DiseGAed Frivolous
      Motion of July 7. 2006.

1

(3). Plaintiff need to be closer, to Peoria Illinois
to obtain copies of case materials and consult
with a court appointed counsel in above case
1:03-cv-01234-HAB-JAG.

(4). Plaintiff also request court to grant order
of immediately transfer from Menard C.C.
to Stateville C.C.

(5). Plaintiff fear for his safty here at Menard C.C.
for officials mail hinderings and food tampering
where his life is in imminent danger of physical
harm by Menard C.C. officials.

(6). Plaintiff request court to appoint him counsel
to present proof and evidence of such
misconductive activities.

(7). Plaintiff just received notice about case above
on July 7. 2006, Post marked May 18, 2006

(8). Plaintiff is reporting criminal behavior, misconduct
upon Menard prison officials in retaliation treatment
for associate prison officials at Pontiac C.C.

2

(9). Furthermore states for such Reasons and Distance in Ranch Request and pray that Honorable Judge John A. Gorman Grant permission ordering Plaintiff From Menard C.C. away from imminent Danger of Physical Harm and Injuries.

(10). Plaintiff is a serious Layman at Law and Has stated about such inJustice of Misconduct And wishes to present said Evidence of such Facts about Case Number 1:03-cv-01234.

(11). Plaintiff is in need of Medical Help Due to Menard C.C. officials Food Tampering treatments of Misconduct. And All Hinderings of mailings.

(12). Plaintiff Request court order Granting him Protection From imminent Danger of Physical inJuries and Legal Materials. That such doesn't end in being misplaced upon Transfer. Such Actions will be Admission of states officials Guilty in retaliation of above case.

There Fore Plaintiff prayers That this court Grant Appointed Counsel. And All Above Mention, And immediately Assistane. Thus pray that Honorable Judge John A. Gorman Please Grant above mention And Acknowledge Payment As Follow in Amount of ($150.00)    Thank you Respectfully submitted

I verify And certified That All Above stated is True And send on July I Date of I in year 2006    Michael Cage    3

by /s/ Pro-se Layman At Law

Michael Cage
Michael Cage N62625
P.O. Box 711
Menard. IL 62259-0711

MicHael CagE N62625                Date July 7 Day 9th
Menard Corr. center                of year 2006
 PO. Box 711                       Submitted by Pro-se
Menard. IL 62259-0711              Layman at Law

                                        /S/ Michael Cage
                                            N62625


P.S. PleasE ACknowledge Motion send by
    Plaintiff MichAel CagE N62625 Pro-se
    Request that letter AnD motion of July 7. 2006
    be disregard And Accept motion anD payment
    OF $150. AnD The Filing OF CASE No 1:03-cv-01234
    letter And This motion Dated July 9. 2006
    `Is send To Honorable JuDGE JoHN A. Gorman
    by RiGHTs of CerTified mailing. Payment
    Follows behind motion Please Allow Time process
    of Transfer of Said Funds. $150 From inmates
    Account TrustFund etc. ___

Michael Cage #N62625                                    7/9/2006
Menard Corr. center
P.O. Box 711
Menard, IL 62259-0711

                              CASE NO. 1:03-CV-01234

To: JOHN A. GORMAN
united states MAGistrate JUDGE


Dear Honorable JUDGE JOHN A. GORMAN, Hello.
I AM Resubmitting For the Above CASE
Number 1:03-CV-01234.
I send Mailing about such on July 7, 2006
soon After Receiving notice on above date.
notice Post MARK MAY 18, 2006.
CASE is of serious Nature of Mail Hinderings
AND Deception practices by prison officials
At Pontiac C.C. PLEASE ACKnowledge New
Motion of July 9 2006 Filed on sundAY
At 10:00 A.M. A copy of such is being
send to Above. Plaintiff Requesting that
July 7 2006 Mailing to Above be disregarded
AnD canceled. Due to $150.00 payment being
send to proceed on with CASE number 1:03-CV-01234
All is being send by Certified mailing service.
Plaintiff life is in imminent danger of serious
Physical Harm and inJuries by Menard prison

1

officials in the Hindering and retaliation for
Associate prison officials of THE Pontiac. C.C.
Plaintiff is requesting immediately Transfer
From Menard C.C. to Stateville C.C.
where He would be closer from court
Appointed Counsel to Consult with him.
Plaintiff is in serious need of Medical Concerns
From Menard officials in Food Tampering creating
His Medical illness and inJury. in retaliation
For Filing civil actions Against Associate
officials at THE Pontiac C.C. all Mailings
Are above Plaintiff Proof and Evidence
Relating to His innocents in a court of LAW.
officials Has broken Their own LAWS of The
State and Federal LAWS. by Mail Tampering
And Misconduct Activities in Attempted Murder
in First Degree Against Plaintiff Michael Cage
N62623 Pro-se Layman at LAW. Thus Request
Outsided Medical expert to examine said causes
Created by Pontiac C.C. AND Menard C.C.
AND Due to Nature of Criminal Misconduct
AND Activities that has taking place in The
Southern Illinois Menard C.C. Plaintiff prayers
that your Honorable JUDGE JOHN A. Gorman
Grant court orders. As Followed:

(PAGE 3)

2

(1) Grant Plaintiff to be ordered send back to Northern part of Illinois And Transfered From Menard C.C. Out of prison officials Threats And imminent Danger of serious Physical Harm and inJuries.

(2). Grant Court Orders of Plaintiff being Medically Examined by Outsided speaialists

(3). Grant Plaintiff Appointment of Counsel to prove imminent danger Exist Along with serious Mail Hinderings.

(4). Grant Plaintiff Motion to Fully payment of $150.00 to proceed with CASE Number 1:03-cv-01234

(5) Grant Protection For Plaintiff's Personal saftety AND Properties of legal Materials upon Transfer From Menard C.C. AND AS present Here in southern Illinois.

Plaintiff Has prove of Mail Tampering Against Pontine C.C. AnD Menard C.C. Also Medical inJury by Foods Through Medical Examiners. And sends The Amount of $150.00 to proceed Through with CASE Number 1:03-cv-01234. Allow Three to Four Weeks For Transfer of payment From Plaintiff Account.

PAGE 4

3

Please take in Full consideration of Plaintiff urgency For legal Help and attention in CASE NO. 1:03-cv-01234. Please disregard letter motion of July 7, 2006. AND ALLOW Motion of July 9 2006 to Fully Exist. Plaintiff Has been departed From Pontiac C.C. since 2003. And Had no way of corresponding Outside From Menard C.C. This is the criminal Misconduct And proof, Evidence along with what is being stated Here in this letter. I'm to FAR For appointed Counsel to aid Me. Also Need serious attentions upon a dangerous situation, Here at Menard C.C. by officials there. Plaintiff life is in imminent danger of Harm AND injuries. I'm not Allow Healthy Foods to Eat. PLEASE have body of Plaintiff Examined by Outsided medical experts. All Food Trays Has substance inside That swells body organs up. Causes serious chest pains. Abnormal Heart condition Related to other Misconduct Attacks by prison officials Please Grant Plaintiff Out of imminent danger to place of saftey where I Could present all That Has been stated. This And motion is send certified mailing on 7/9/2006 payment Follows. PLEASE Acknowledge imminent Danger pursuant to 28 U.S.C. §1915. Grant orders AND Appoint Counsel. For Plaintiff

4

All That is stated Here in is certified
to be of Truth and Facts I Plaintiff
Michael Cage N62625 Pro-se Layman at Law
verify That I mailed motion and payment
of $150.00 to clerk. u.s District court, ILCD
on Date of July 9 2006 From
Menard correctional Center. P.O. Box 711
Menard IL. 62259-0711.    Michael Cage N62625
                                        pro-se

To: UNITED STATES MAGistrate JUDGE
        JOHN A. Gorman
    UNITED STATES District Court
    central District of Illinois
    office of THE CLERK  ROOM 309
        Federal BuilDing 100. N.E MONROE
    PEORIA, ILLINOIS 61602

To not RECEIVE Motion and letter in timely
manner is Admission of Guilt From
    Menard C.C. Prison officials. (July 7 2006)X
is voided and Disregarded July 9 2006
is of Honorable intentions Please accept
Case number 1:03-CV-01234 As Respected
in legal intents.    Thank you Honorable
                            JOHN A. Gorman.

Extension motions All (2) motions inside mailings  Dated 7/9/2006