Michael Cage #N62625
Menard Corr. Center
P.O. Box 711
Menard, IL 62259-0711

**FILED**
JUL 12 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

7/7/06

Case number: 1:03-V-01234

To: Honorable Judges John A. Gorman.

Hello. I've just received a letter post marked May 18 2006 from the above. Due to a very bad misunderstandings in our communications years back. I wish to address this matter I'm not trying to suit anyone. I never fully filed any civil actions against Pontiac C.C. I simple inquired to obtain appointed counsel to assist myself in said matter. Once all documents were returned in year 2003. I withdraw from said matter and never. Requested nothing from such dealings. I find it highly impossible to have successfully filed. And here we are two and a half years later possible (3) talking about proceed in forma pauperis when I'm not trying to file anything against the Pontiac correctional center. Therefore I don't feel. I should pay this filing fee. If I never bought anything against Pontiac c.c. Any paper documents of such has never fully been completed. Thus leaves room to see that no complaints could have possible been filed. I don't even have such kind of documentations of said legal intentions. Only an attorney could have spared this cause. That is mention. I never pursue anything

1

other Then, inquire For Appointed counsel. doing said Time of 2003. There were no way any kind of complaints could have been legally completed. Nor were, I ever Accepted in proceedings Due to Fact that there were no name People's To Accuse For whatever reason, about mailings. I never knew that this situation ever existed. Especially now. Two and a half years later. "impossible" There is No way A complaint could have been Filed. I have not done so. Nor was any Documents exceptable to be processed. I'm A Layman at Law. I don't know about doing so. especially now. I know nothing about such complaint For Forma pauperis being acceptable. if Forma pauperis have not been Fully processed in 2003. Its Far beyond. scope of Legal intents. Also mailing Just came to me on 7/7/06 (July 7, 2006). surely this has been some sort of mix up about filing. I never were informed of such filing. if so I would have notified The courts of peoria Illinois of such time limitations. I know nothing to File Nor do in such matters. As stated in case 1:03-cv-01234-HAB-JAG. As to my knowledge and understandings. with all Due respect to The Honorable Judge John A. Gorman and central Court District of Illinois. I Am lost in this

2

matter about the court will grant the plaintiff leave to proceed in forma pauperis. I ask such be waived. Due to a lack of communications. And also Due to fact that Plaintiff doesn't understand the proceedings therein such filings. Since, matter has been bought to my attention. I feel its necessary to explain, that these proceedings are out of scope. I never inquired from said court about proceeding with any kind of case matter. Only that of being appointed counsel. And since matter has pass on and Plaintiff is no longer of pontiac C.C. custody. Since 2003. There were no complaint initially. I ask court to please grant time period to fully understand that Plaintiff do not wish to file any forma pauperis. Due to fact that there would be no defendants in such case to accuse or point situations at. In all due respect your Honor, sir. This has got to be a mistake about a complaint has been filed and its been now well over two and a half years maybe(3) since, matter has taking place of actions. Without Plaintiff known knowledge of such. There has been a great miscarriage of Justice in this matter. I just receive the first letter ever since 2003. on July 7, 2006. The last inquired information send back to myself in 2003

3

was I must File complaint upon defendants if I wish to have complaint Filed and case Granted. I only wrote back and Requested For contact of investigation of matter and attorney. to ensure a complaint would be of said success. since neither were Granted. I never pursued any case against Pontiac C.C. Administrations. I Feel it would be wrong of This Court to Force myself to pay payments For such when Plaintiff Has not filed so. I never knew writing to a court of Law cost any Fees. unless one were Trying to File a case against someone. It would be Out of scope and Ranch For court to indictate pontiac c.c. into said matter. I Plaintiff has no complaint Against pontiac c.c. in central District of Illinois United States District court. There are no documentations to support my Filing successfully and communications of such with said above courts in case number 1:03-cv-01234. I ask The courts and your honor to please Help End misunderstandings in peaceful manner. by not allowing such to be in existence of such actions, send to myself. Furthermore Plaintiff states and acknowledge receipt of all on July 7, 2007. Therefore Plaintiff request that your Honor Grant time period of understandings. All is surely A mistake, in Judgement about Filings.

4

Plaintiff ask the court to waived partial prepayment Filing Fees. Due to a lack of timing and not legally filing any complaints against Pontiac C.C. There is no case Cage v. Pontiac Corr Center case number 1:03-cv-1234. Plaintiff ask and request court to order him back closer. if court feels case should proceed on. so plaintiff could be updated on case situation and matters. I have no further knowledge nor any Documentations about filing any complaints against Pontiac C.C. Administration nor staff. I pray that court and Honorable Judge John A. Gorman waived matter of initial partial filing fee. Plaintiff has no further complaints to take actions upon. Case never been filed properly to be of acceptance in a court of law. Please view records Plaintiff only requested permission to be appointed counsel. Not filing civil actions pro-se. Thank you. And for said reasons in letter is why partial prepayment should not be required.

Sincerely
Michael Cage #N62625
Layman at Law
Menard Corr. Center
P.O. Box 711
Menard, IL 62259-0711

P.S. motion to waiver is inside with letter
Thank you sincerely
may God Bless.

To: UNITED STATES DISTRICT COURT            7/7/06
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK ROOM 309
FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, ILLINOIS 61602

CASE NO. 1:03-V-01234

Motion For court to waived
initial Partial filing fee

Pursuant to 28 U.S.C.A § 1915.
I Plaintiff Plea As Follow. (Michael Cage N62625)
Pro-se.

(1). Case Number 1:03-V-01234-HAB-JAG is a two years and a half old matter.

(2). Plaintiff never completed civil complaint in above case.

(3). Case is not in interest of being filed to be pursued as such by in forma pauperis.

(4). Plaintiff is a layman at Law, and doesn't have access to any legal terms use for above case.

(5). Plaintiff never was contacted about above case number 1:03-cv-01234 being of acceptance.

1

(6). Plaintiff only inquired for appointment of counsel in 2003. Case is of old matter.

(7). Its now 2006 and Plaintiff in above mention case as move far out of Peoria Ranch to Menard Corr. Center southern Illinois. And wish not to pursue any actions by forma pauperis.

(8). Plaintiff ask this court to please grant his motion to waiver old case number 1:03-CV-01234 for reason of time pass by and situation never were completely investigated to pursue such case.

(9). Therefore for reasons stated in this motion and that Plaintiff has no records of said above case matter of old, and pass its limitations of law. Request that this Honorable court grant motion to waiver initial partial filing fee.

(10) Plaintiff received notice of case 1:03-CV-01234 on July 7, 2006 Friday evening. Post marked may 18, 2006.

(11). Since case above is of old intents. Plaintiff feels case would suffer from (1). is "frivolous or malicious with out proper documentations and no known to him knowledge of such complaints.

2

(12). Since Plaintiff is a Layman at Law This case cause will suffer and leave Plaintiff with burden of useless prepayment of situation That has not been fully completed for Legal processes.

(13). Therefore these reason Plaintiff prays that this Court and Honorable Judge John A. Gorman accept waived initial partial filing fee to save Court and Plaintiff the Burden of costs.

(14). Plaintiff is of poor in his present living conditions and Has no further Resources to pursue such case nor material matters to aid The survival of such case number 1:03-cv-01234.

(15). Without Further Knowledge of said case and Time Frame being that out of statute limitations Plaintiff Request Granting of all causes be Waived. And in forma pauperis be dismissed Due to a lack of resources and less Knowledge of case and Law.

(16) Therefore Plaintiff Has show cause why partial payment should not be required And cause resulting in waived of dismissal of this case, Pursuant to 28.U.S.C.A § 1915 lack of interest.

3

(17). Thus Plaintiff cite case Wong Wing v. United States, 163 U.S. 228 (1896); Plyler v. Doe, 457 U.S. 202 (1982). This states that every person in the territory of the United States are entitled to the protection guaranteed by the constitutional right to "due process," under the Fifth and Fourteenth Amendment and the right under the Eighth Amendment to be free from cruel and unusual punishment

(18). Plaintiff MICHAEL CAGE, pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P., requests Court to file waived of partial filing fee in Plaintiff behave. For lack of information and knowledge of said proceedings.

(19) Plaintiff waive or waiver. To give up case cause mention in above case by forma pauperis.

(20) Plaintiff motion in this cause clearly shows his knowledge is limited and access to such. Plaintiff prays that this court grant what is being requested for lack of limitation upon case cause.

   I swear that all that has been stated is the truth and certified my name signature to motion /S/ Michael Cage
      Pro-se Layman at Law

4