E-FILED
Friday, 14 July, 2006 12:18:00 PM
Clerk, U.S. District Court, ILCD

MICHAEL Cage #N62625

P.O. BOX 711

Menard, IL 62259

**FILED**

JUL 1 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

7/10/06

TO: JOHN A GORMAN

UNITED STATES MAGistrate JudGE

CASE NO. 1:03-V-01234

Hello,

The enclose sealed up Envelope containing Letter to yourself Explaining more about my situation here in southern Illinois. Its All in precautions of state officials seriously Mail Tampering with U.S mailings AND Has been doing so For years. I'm unable to contact Any Kind of Attorneys, or Authorities about THE Misconduct that is taken Place. Ive send Motion For Extension Due to time Frame, it takes To Transfer Funds From inmates Account TrustFund. Motion is DATED 7/9/06. Please Disregard Correspondence of 7/7/06. Ive Just RECEIVED THE Court notice on 7/7/06. AND Has send REQuest to inmate TrustFund to Forward $150.00 to clerk of U.S District Court. To proceed Along with All Court proceedings. Sir, For my saftey and Health. I'm REQuesting if your Honor could Please send Ordees having MYself Transfer back up to Northern parts

1

of Illinois. I can't eat the foods down here
do to officials plotting bodily harm upon such.
in retaliation about CASE NO. 1:03-v-01234.
Proof and Evidence of send out mailings to different
legal contacts could be presented with court
orders showing causes of serious mail tamperings.
Also have Court Order Granted. For saftey
of legal materials mailings I now possess.
Officials are famous for transfering a inmate
Then all properties and belongings disappears
Through Transfer systems here. I Plaintiff
states. My Life is in imminent Dangers
of Physical harm and injuries. by state officials.
Also court notice Dated. 5/18/06 Deadline
6/15/06. were handed to myself (Plaintiff)
on 7/7/06. Money for proceedings follows
Motion of 9/9/06 send by certified
Mailing to: JOHN A. GORMAN. enclosed
is a sealed up letter. Please acknowledge
all mailings. Thank you Honorable JUDGE
JOHN A. GORMAN. For your consideration
in This matter. Please appoint counsel. so
I could present case Evidence to him.
$130.00 for Filing Fees Follow. Again
THANK you. may THE Heavens bless sincerely
                        /s/ Michael Luje
                        Pro-SE Layman at Law

2

Michael Cage #N62625                              7/10/06
Menard Correctional Center
P.O. Box 711
Menard, IL 62259-0711

                                    CASE NO. 1:03-v-01234

To: JOHN A GORMAN
UNITED STATES MAGISTRATE JUDGE


Dear Honorable JUDGE JOHN A GORMAN Hello,
I am writing to yourself for the obvious
Reason's? Mailing being Hindered and rerouted
by state officials. Your Honor sir, I am a inmate
who has made a legitimate claim against the
Pontiac correctional center in CASE NO. 1:03-v-01234
And since my Arrival Here at Menard correctional
center. I've Face off with some most disturbing
obstacles of mail deceptions and Hinderings.
I see where this court order were made out
on 5/18/06. And deadline of such were 6/15/06
Menard Correctional Center, staff handling this
information did not pass on until 7/7/06
Friday evening mail pass. In hopes of creating
doubt and Fear in a situation where I could
clearly prove misconduct about their behavior
in the hindering of all mailings. For some years
now they have been holding myself back. This
CASE NO. 1:03-v-01234 Is of Obvious importants

1

And I will admit, my apprehensions and hesitation
In the Foregoing case situation when First view
such. I have been under retaliation attack
since Ive arrival here. I'm the most hated
inmate here at Menard Correctional Center.
Just Judging From the treatment handed out
here. I Fear that if the courts does not
send orders to have me sign off on. stating
That I received such on -such and such
Date. These officials will do all in their
powers as to prevent the success of my Out
come victory in These proceedings. Here I'm
Face off with serious Food poisonings. That will
cause. illnesses. Like chest pains, swelling of
body organs, heart problems. Just to name a few.
These nurses aid this by knowing medically what
to enhance these methods with. It is my
understanding that, I can not Just simple
talk about such, But to bring to a conscience
of Human Existence. of THE Outrageous behaviors
And Misconductive Activities here at play.
Ive Just Recently Last night on 7/9/06
send yourself a Motion For Extension of Time
to pay the entire FEES For the case No. 1:03-v-01234
And now realizing That Due date of such 6/15/06.
I seen all to clearly how this would all be
play out. First of all. I'm no longer holded

2

at the Pontiac Correctional center. Where order
Was First Issued. Secondly That allow Defendants
to hold onto information until now, Just recently.
my Full understanding in this case situation is about
The Filing Fees of $150.00 so I made the
necessary preparations to have this amount
Forward it to clerk of U.S. courts. rather
as stated "clerk U.S. District court. It is
very obvious your Honor sir, That Gathering From
The information, I'm sharing with yourself about
These court proceeding and the misconduct in
activities that I be Granted, Ordered for
immediate transfer from Menard Correctional center
closer to peoria Illinois. I'm Here in the
southern parts of Illinois. your located in Northern
parts. surely. No attorney could consult with
myself From this distance and Gathering From
all mail Hindering will only cross up Our
communications. I can seriously prove pontiac
C.C. And Menard C.C. Have serious committed
misconduct in Hinder mailings. I've Just
spoken with one of Menard C.C. officer's about
The Transfering of Funds For $150.00 to:
"clerk U.S. District court" And He stated. A L.t
sign off on such to be Forwarded to above
central District clerk U.S. District court in
Peoria. Illinois. I wish to Go Through with

3

CASE NO 1:03-V-01234. In win lose or Draw.
THE realities and Truths of such non-sense
must be presented. before a Court of LAW.
prison officials has no rights to interfer
or intervene with a inmates rights to present
His innocents in a state court of LAW. doing
so As Truly An Admission of Guilt and
Knowing that a man is truly innocent and
incarcerated For no purpose other then to
hide what is Known As. A prosecutors mishaps
or retaliation of some sort of hidden Agenda!
.... Thats why the above mention case 1:03-v-01234
is of extreme importants to Getting to the
bottom of This situation. I pray that youe
honor would take all that is said into consideration.
of The possibilities of things that do and can
and does exist in the Lives of many inmate
and People who have try to bring any wrong doings
before a court of LAW. in claim of what is not
Being mention. THE Mailing is a battle Ground
And field, For the unseen, And to deprive
The unknowing eyes. your Judgements and Thought
Then will carry a unrealistic Judgement From
The hidden Truth. surely this Mail deception
has hinder Court proceedings and yourself. by
sending you the negative thoughts And possibilities
That. "Its Fine and I don't care about this case."

4

Then Later, comes my decision and reasons
why such and such happen. Which then opens your
thoughts up to the Misconducted Activities. And
Then you think of sound reasons, why such happen.
I were to Far a distance From these proceedings
To be directly involved. So you dismiss all possibilities
of what truly is happening until all is bought
back up into the legal scope of the Laws.
In order to stop Foulplay. One must Listen to the
victim of that Foulplay. Then Judge what is being
said, if The person is requesting to be closer.
wouldn't such, bring now knowledge and awareness
of These situations and problems that have been
at play? Thus ending a cycle of criminal Misconduct.
A person Out of ranch of imminent danger and Physical
harm and injure, is a person saft and secure.
And For these reasons, your honor sir, I am
Requesting, For a court order to send me Out From
under these dangerous circumstances. All is happening
Just to stop said case claims and complaints From
being presented. After all has successfully been
establish. The victim will still suffer retaliation
From Associate of This case. Please take all into
consideration And Grant order bringing myself closer.
Out of Harms way. Thank you may The Heavens
bless you.              Sincerely /s/ Michallage Pro-se
                                    P.O. Box 711, menard, Il 62259.

5