E-FILED
Friday, 21 July, 2006  11:31:14 AM
Clerk, U.S. District Court, ILCD

Michael Cage N62625
Menard Correctional Center
P.O. Box 711
Menard, IL 62259-0711

FILED 7/9/06
JUL 21 2006
JOHN M. WATERS
U.S. DISTRICT
CENTRAL DISTRICT

CASE NO. 1:03-CV-01234

To: United States District Court
Central District of Illinois
  Office of the Clerk Room 309
  Federal Building, 100. N.E. Monroe
  Peoria, Illinois 61602

Dear Clerk of Court, Hello.
  I've received notice of case number 1:03-CV-01234 on July 7 2006. Granting Plaintiff Michael Cage N62625 permission to proceed in forma pauperis Notice of such is post mark May 18, 2006. In all due respect to motion send 7/7/06 by Plaintiff, I am requesting the entry of motion July 9, 2006. And acknowledge payment of $150. Certified second reply is send explaining acceptance of case No. 1:03-CV-01234. And the disregardent of motion on July 7, 2006 to have certified motion enter as honorable intentions of proceeding. As of Sunday July 9, 2006 Payment in fully $150.00 Dollars is being send followed by second motion of 7/9/2006. by certified delivery to Judge John A. Gorman.

1

and I apologize for said delay in matter case number 1:03-cv-01234.

I have since transferred from Pontiac C.C. to Associate holding facility Menard Correctional Center, P.O. Box 711, Menard, IL 62259-0711 and only received reply of said notice on 7/7/06 and later send motion of 7/9/2006.

In acceptance in full payment as responsibility. In amount of $150.00 Dollars to proceed as granted by Honorable JUDGE John A. Gorman. Payment enclosed with this letter.

I pray all is of suitable intentions.

Thank you. U.S. District Court Clerk.

A copy of all said motions is send on 7/9/2006. Please court acknowledge the disregarder of dated motion July 7, 2006. And Enter motion of July 9 2006.

Phone call is in order if funds have not been received. Also motion of 7/9/2006 Sunday July 9 2006. Accepted as Granted. Respectfully submitted by Plaintiff Michael Cage N62625 PRO-SE Layman at Law. Menard Corr. Center. P.O. Box 711, Menard IL 62259-0711   7/9/06

/S/ Michael Cage N62625
Pro-se Layman at Law.

see back P.S.

2

Due to fact that, Menard Correctional Center is on institutional lockdown, I have no way in catching a L.T officer to sign off on this money voucher, to be fully processed and forwarded off by July 15 2006. I must place into regular mailing and hope Motion of July 9, 2006 and $150.00 is received by August end of July 30th 2006 No later then the date August 15 2006. Thank you clerk of courts. U.S. District court clerk etc.___

Sincerely   Michael Cage
                Pro-se   #N62625
                MICHAEL CAGE