E-FILED
Monday, 14 August, 2006  11:36:41 AM
Clerk, U.S. District Court, ILCD

FILED
AUG 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Cage #N62625
Menard Corr. Center
P.O. Box 711
Menard, IL 62259-0711

8/10/06

Case Number 1:03-cv-1234

TO: United States District Court
    Central District of Illinois
        Office of the Clerk
            Room 309
    Federal Building, 100 N.E. Monroe
    Peoria, Illinois 61602

Hello, I am writing due to a conflict in information obtained from myself and courts. (1). First conflict in information were. That of mailing address. Court send orders to Pontiac Correctional Center. Where order were made on May 15, 2006. Someone held order pass due date until 7/7/2006. Friday. (2) I plaintiff send four correspondences. The first trying to stop prepayment on 7/7/2006. The second correspondence were a motion on 7/9/2006 to proceed on with the case and that payment will follow. (3) The third correspondence were another motion send by certified mailing to: John A. Gorman United States Magistrate Judge. Setting forth claim and informing

1

of coming of $150.00 Dollars Filing Fees.

(4). Forth correspondence were send accompanied by payment of $150.00 to proceed on with case number 1:03-cv-1234. And That prison officials here in Menard C.C. are Aiding Pontiac C.C. officials by Hindering all mailing contacts. dated on 7/9/06. Court clerk should have been received $150.00 in July 2006. explaining how plaintiff were Transfered from Pontiac C.C. to Menard C.C. in Nov. 2003. But mailing keep going to Pontiac C.C.

(5). There are Two Judgements enter here one by John A. Gorman U.S. Magistente Judge. Now comes Dismissal by Judge Harold A. Baker on 8/7/06. Which doesn't make sense. Court order is asking plaintiff to pay $150.00 Dollars Filing Fees. Plaintiff communication is Hinder from courts. certified Green card is sign on 7/12/06 by Holly Kallister who is This? Plaintiff $150.00 Dollars should have been received in July 2006 also. But Judge Harold A. Baker on 8/7/06 request for This payment And Dismiss case 1:03-cv-01234 And further states That if plaintiff wish to appeal Dismissal Pay $455.00 Dollars appellate filing fee (MT. iled)

2

This matter is greatly at conflict of a serious investigation. JUDGE Harold A. BAKER order. Explains That NONE of my real attempted correspondence have been received nor $150.00 Dollars. Proof That Menard C.C. Has Hinder these proceedings. And court allow misconductive activities to take place and charge plaintiff for a case 1:03 v 1234 That never were giving a chance nor opportunity.

Also if courts received any of plaintiff Michael Cage N62625 correspondences. Menard C.C. Address were on all envelopes. But this JUDGE Harold A. BAKER still send orders to Pontiac C.C.

Plaintiff send courts $150.00 in July 2006 Also 4 or more correspondences. And NO response or them were ever giving in plaintiff favor. Nor the time frame taking in consideration. Its been 3 three years since plaintiff last corresponded with Peoria, Illinois 61602. NOW Here comes Another JUDGE Harold A. BAKER. U.S. District Court. Central District of Illinois, office of the clerk 201 S. Vine St. Room 218 URBANA, ILLINOIS 61802-3348

See page 4

3

Bottom line, plaintiff paid $150.00 to proceed with his case 1:03-cv-1234 Through many correspondences. If Court doesn't have plaintiff $150.00 Dollars filing fees. (July 2006). Menard C.C. officials hindered This correspondence and payment.

I still haven't heard from Judge John H. Gorman U.S. Magistrate Please respond back soon as possible
   Thank you sir
      Sincerely
      Michael Cage N62625
      P.O. Box 711
      Menard, IL 62259-0711

P.S. I'm at Department of Corruptions Menard capital of Corruptions
   Thank you once again.

Please investigate matters Payment were send to court clerk July 2006 ($150.00)

I don't believe that the second correspondence from a Judge Harold A. Baker is legit. But a conspired plot! Please investigate? matters!

4